Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Crouch, P.C.
Attorney for Creditor -- Landlady -- Nicole Cemelli
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY   --- NEWARK

---

In re:

Christopher Ellis Bouzy

        Debtor

------------------------------------X

Case No. 19-25881-VFP
Chapter 7

Hon. Vincent F. Papalia
      U.S.B.J.

Date Case Filed: August 16, 2019

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY CONTAINED WITHIN 11 USC §362 TO PERMIT THE DEBTOR'S LANDLADY TO RESUME NEW JERSEY STATE COURT EVICTION AND EJECTMENT PROCEEDINGS AGAINST DEBTOR TENANT AND WAIVING 14-DAY STAY PROVISION OF FED.R.BANKR.P. 4001(a)(3)**

Hearing Date:   9/17/19
                10:00 a.m.

To:

Christopher Ellis Bouzy
184 Main Street, Apt. 3
Lodi, NJ 07664

John Sywilok, Trustee
John W. Sywilok LLC
51 Main Street
Hackensack, NJ 07601

    The debtor's landlady, Nicole Cemelli, has filed papers with the Court for an order granting relief from the automatic stay continued within 11 USC §362 to permit the debtor's landlady to resume eviction proceedings against the debtor and for _in rem_ relief and for a waiver of the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3)and for other relief as may be just and proper.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant stay relief to Nicole Cemelli to allow that entity to resume New Jersey State court eviction or other proceeding against the debtor or if you do not want the Nicole Cemelli to be permitted to take action to collect post-petition rent due or if you do not want the Court to grant the movant a waiver of the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) or if you want the Court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing you or your attorney must:

File a written response in opposition to this motion explaining your position(s) and send it to:

Clerk
United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor
Newark, NJ 07102

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Nicholas Fitzgerald
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303


IF YOU OPPOSE THE RELIEF REQUESTED HEREIN YOU SHOULD ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE

Honorable:  Christopher Ellis Bouzy
Date:  9/17/19
Time:  10:00 a.m.
Place:

United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor, Courtroom 3-B
Newark, NJ 07102

Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with this

Motion.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATED: August 22, 2019

_____
Nicholas Fitzgerald, Esq.
Attorney for Creditor -- Landlady