Page 1
United States Bankruptcy Court
District of New Jersey -- Newark

Caption in Compliance with D. N.J. LBR 9004-2(c)

Nicholas Fitzgerald, Esq. NF/6129
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Attorney for Creditor -- Landlady -- Nicole Cemelli
--------------------------------X

Order Filed on October 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Christopher Ellis Bouzy

Case No: 19-25881-VFP

Chapter 7

Hon. Vincent F. Papalia
U.S.B.J.

    Debtor
--------------------------------X
IN REM    WITH A ONE YEAR BAR DATE
ORDER GRANTING/ STAY RELIEF/ TO DEBTOR'S LANDLADY TO ENABLE THE DEBTOR'S LANDLADY, NICOLE CEMELLI, TO CONTINUE EVICTION OF TENANT CHRISTOPHER ELLIS BOUZY FROM REAL PROPERTY LOCATED AT 184 MAIN STREET, APT. 3, LODI, NJ 07644 AND WAIVING 14-DAY STAY PROVISION OF FED.R.BANKR.P. 4001(a)(3)

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 1, 2019**

*(signature)*
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Christopher Ellis Bouzy
Case No.: 19-25881-VFP
Caption: ORDER GRANTING STAY RELIEF TO DEBTOR'S LANDLADY TO ENABLE THE DEBTOR'S LANDLADY, NICOLE CEMELLI, TO CONTINUE EVICTION OF TENANT CHRISTOPHER ELLIS BOUZY FROM REAL PROPERTY LOCATED AT 184 MAIN STREET, APT. 3, LODI, NJ 07644 AND WAIVING 14-DAY STAY PROVISION OF FED.R.BANKR.P. 4001(a)(3)

------------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's landlady's counsel, upon the debtor's landlady's motion for an Order granting relief from the stay contained within 11 U.S.C. §362 such as to permit the debtor's landlady to resume eviction, ejectment or other New Jersey State court proceedings regarding the debtor's tenancy at 184 Main Street, Apt. 3, Lodi, NJ 07644; and further for a waiver of the provisions contained within Federal Rule of Bankruptcy Procedure 4001(a)(3); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that relief from the automatic stay contained within 11 U.S.C. §362 is hereby granted so as to permit Nicole Cemelli or her agent or agents, to proceed with New Jersey State Court eviction, ejectment, or other landlord-tenancy action against the debtor regarding the real property located at 184 Main Street, Apt. 3 Lodi, New Jersey 07644; and it is further

**ORDERED,** that the Movant shall be permitted to communicate with the Debtor and the Debtor's counsel to the extent necessary to

Page 3

Debtor: Christopher Ellis Bouzy
Case No.: 19-25881-VFP
Caption: ORDER GRANTING STAY RELIEF TO DEBTOR'S LANDLADY TO ENABLE THE DEBTOR'S LANDLADY, NICOLE CEMELLI, TO CONTINUE EVICTION OF TENANT CHRISTOPHER ELLIS BOUZY FROM REAL PROPERTY LOCATED AT 184 MAIN STREET, APT. 3, LODI, NJ 07644 AND WAIVING 14-DAY STAY PROVISION OF FED.R.BANKR.P. 4001(a)(3)
-------------------------------------------------

comply with applicable non-bankruptcy laws in reference to the eviction action; and it is further

**ORDERED**, that in rem stay relief is granted in regards to the lease between Nicole Cemelli and Christopher Ellis Bouzy and Jennifer Harrison as to the real property located at 184 Main Street, Apartment 3, Lodi, New Jersey 07644 such that if either Christopher Ellis Bouzy or Jennifer Harrison file a subsequent bankruptcy petition,* the automatic stay contained within 11 U.S.C. §362 shall not apply; and it is further

**ORDERED**, that Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived thereby enabling the Movant to immediately enforce and implement this Order granting Relief from the Automatic Stay; and is further

**ORDERED**, that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

*within one (1) year of the date of entry of this Order,