Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19–25881–VFP
          Chapter: 7
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christopher Ellis Bouzy
  184 Main St., Apt. 3
  Lodi, NJ 07644

Social Security No.:
  xxx–xx–3055

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 2, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 25 – 10
Order Granting in Stay Relief with a one year Bar Date to Debtor's Landlady to enable the Debtor's Landlady, Nicole Cemelli, to continue eviction of Tenant Christopher Ellis Bouzy from real property located at 184 Main Street, Apt 3, Lodi, NJ 07644 and waiving 14 day Stay Provision of Fed.R.Bankr.P. 4001(a)(3) (Related Doc # 10). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/1/2019. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 2, 2019
JAN: jf

                                                        Jeanne Naughton
                                                        Clerk