| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>John W. Sywilok, Esq. (JS 2289)<br>John W. Sywilok LLC<br>51 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390<br>Attorneys for Trustee | Chapter 7 |
| In Re:<br><br>CHRISTOPHER ELLIS BOUZY,<br><br>                    Debtor. | Case No. 19-25881<br><br>Hearing Date: 01/28/2020<br><br>Judge: Vincent F. Papalia |

## NOTICE OF MOTION FOR DISMISSAL OF BANKRUPTCY PROCEEDINGS

TO:    Christopher Ellis Bouzy
         184 Main Street, Apartment 3
         Lodi, NJ 07644
         Pro Se Debtor

         United States Trustee's Office
         United States Department of Justice, DNJ
         One Newark Center, Suite 2100
         Newark, NJ 07102

PLEASE TAKE NOTICE, that on the 28th day of January, 2020 at 10:00 in the forenoon or soon thereafter as counsel may be heard, the undersigned Attorneys for Trustee shall move before the Honorable Vincent F. Papalia at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102 for the entry of an Order dismissing Bankruptcy Proceedings against the Debtor.

In support of this application, the moving party shall rely upon the annexed Certification of the Trustee submitted herewith.

Pursuant to Local Rule 3 of Bankruptcy Practice, this Motion shall be deemed uncontested unless responding papers are filed with the Clerk of the United States Bankruptcy Court and served upon the moving party seven (7) days in advance of the scheduled Hearing date stating with particularity the basis of the opposition.   Unless no reply to the contrary, Motions deemed uncontested will be decided on the moving papers and no appearance will be required by the moving party.

A proposed form of Order is annexed hereto.

JOHN W. SYWILOK LLC
Attorneys for Trustee

BY: /S/ JOHN W. SYWILOK
JOHN W. SYWILOK

Dated: December 26, 2019

#65129