| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>John W. Sywilok, Esq. (JS 2289)<br>John W. Sywilok LLC<br>51 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390<br>Attorneys for Trustee | Chapter 7 |
| In Re:<br><br>CHRISTOPHER ELLIS BOUZY,<br><br>　　　　　　　　　Debtor. | Case No. 19-25881<br><br>Hearing Date: 01/28/2020<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF TRUSTEE IN SUPPORT OF MOTION TO DISMISS BANKRUPTCY PROCEEDINGS

JOHN W. SYWILOK hereby certifies as follows:

1. I am the Chapter 7 Trustee in Bankruptcy of the above named Debtor.

2. The Debtor was required to appear for a 341 Hearing on September 19, 2019 and he failed to do so. This 341 Hearing was adjourned to October 28, 2019 and again to November 25, 2019 and he failed to appear each time.

3. In light of the Debtor's failure to comply with the Code provisions in regard to appearance for the 341 Hearing, the Trustee has no alternative but to seek dismissal of the Bankruptcy proceedings.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ JOHN W. SYWILOK
　　　　　　　　　　　　　　　　　　　　　　　　JOHN W. SYWILOK

Dated: December 26, 2019

#65129