| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Order Filed on |
|---|---|
| **Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>John W. Sywilok, Esq. (JS 2289)<br>John W. Sywilok LLC<br>51 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390<br>Attorneys for Trustee | by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Chapter 7 |
| In Re:<br><br>CHRISTOPHER ELLIS BOUZY,<br><br>Debtor. | Case No. 19-25881<br><br>Hearing Date: 01/28/2020<br><br>Judge: Vincent F. Papalia |

## ORDER OF DISMISSAL

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

File No. 65129

DEBTOR(S):               CHRISTOPHER ELLIS BOUZY

CASE NO.:                19-25881/VFP

DOCUMENT NAME:           ORDER OF DISMISSAL

---

THIS MATTER, being opened to the Court by John W. Sywilok, Esq., of John W. Sywilok LLC, Attorneys for Trustee, and coming before the Honorable Vincent F. Papalia on Tuesday, January 28, 2020, seeking the entry of an Order dismissing the Bankruptcy Proceedings against the Debtor, and good cause appearing; it is

ORDERED that this case is dismissed and that any discharge that was granted to said debtor is revoked.