Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25881−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christopher Ellis Bouzy
184 Main St., Apt. 3
Lodi, NJ 07644

Social Security No.:
xxx−xx−3055

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/28/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2020
JAN: jf

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                Case No. 19-25881-VFP
Christopher Ellis Bouzy                                               Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: Jan 29, 2020
                              Form ID: 148                Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db             #+Christopher Ellis Bouzy,    184 Main St., Apt. 3,    Lodi, NJ 07644-1724
518467777        Avalon Bay Communities, Inc.,   Sabre St #100,   Virginia Beach, VA 23452
518414896       +LVNV Funding LLC,   P.O. Box 3038,   Evansville, IN 47730-3038
518414897       +Nicole Cemelli,   782 5th St.,   Secaucus, NJ 07094-3341
518414898       +Oporun Inc./Progreso Financial,    1600 Seaport Blvd. Ste. 250,   Redwood City, CA 94063-5617
518414901       +TD Bank, N.A.,   P.O. Box 16029,   Lewiston, ME 04243-9507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:10      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Jan 30 2020 04:03:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,   Norfolk, VA 23541-1021
518414890       +E-mail/Text: bk@avant.com Jan 29 2020 23:28:31      Avant,   222 N. LaSalle St.,   Suite 1700,
                 Chicago, IL 60601-1101
518414891       +EDI: TSYS2.COM Jan 30 2020 04:03:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE 19899-8803
518414892       +EDI: CAPITALONE.COM Jan 30 2020 04:03:00      Capital One Bank USA,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
518414893       +EDI: CITICORP.COM Jan 30 2020 04:03:00      Citicards CBNA,   701 E 60th St. N,
                 Sioux Falls, SD 57104-0432
518414894        EDI: DISCOVER.COM Jan 30 2020 04:03:00      Discover Financial Services,   PO Box 15316,
                 Wilmington, DE 19850
518414895       +EDI: CHASE.COM Jan 30 2020 04:03:00      JPMCB - Card Service,   301 N. Walnut St. Floor 09,
                 Wilmington, DE 19801-3971
518414900       +EDI: RMSC.COM Jan 30 2020 04:03:00      SYNCB/Amazon PLCC,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
518414899       +E-mail/Text: specialservicing@sofi.com Jan 29 2020 23:28:33      Sofi Lending Corp.,
                 One Letterman Drive,   Building Building A,   Suite 4700,   San Francisco, CA 94129-1512
518415501       +EDI: RMSC.COM Jan 30 2020 04:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Nicole Cemelli,   782 5th Street,   Secaucus, NJ 07094-3341
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John Sywilok    on behalf of Trustee John Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Nicholas Fitzgerald    on behalf of Creditor Nicole Cemelli Fitz2Law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```